IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CLIFTON FREEMAN,

    Petitioner,               No. CIV S-10-2956 GGH (TEMP) P

    vs.

J. HAVILAND,

    Respondent.             ORDER

_____/

    Petitioner is proceeding pro se with an application for writ of habeas corpus under 28 U.S.C. § 2254. On April 25, 2011, the court ordered that the petition be dismissed and the case closed. The same day, the court entered judgment against the petitioner. Petitioner has filed a notice of appeal and a motion for a certificate of appealability under 28 U.S.C. § 2253.

    A court should issue a certificate of appealability pursuant to 28 U.S.C. § 2253 if jurists of reason would find it debatable whether petitioner's claim is a valid claim of the denial of a constitutional right and whether this action should have been be dismissed. See Slack v. McDaniel, 529 U.S. 473, 484-85 (2000). Here, petitioner's claim that the Board of Parole Hearings violated his right to due process is clearly barred by the decision in Swarthout v. Cooke, ___ U.S. ___, 131 S. Ct. 859 (2011). Therefore, the court declines to issue a certificate of

1

appealability.

Accordingly, IT IS HEREBY ORDERED that the motion for a certificate of appealability (Docket No. 12) is denied.

DATED: May 18, 2011                                  /s/ Gregory G. Hollows

GREGORY H. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

hm
free2956.ord